JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| FAURUM SANKARI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASTELLAS PHARMA US, INC., a Delaware corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO: 8:17−cv−01861−CJC−JDE<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BROUGHT BY PLAINTIFF**<br><br>Judge: Hon. Cormac J. Carney |

1
ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS BROUGHT BY PLAINTIFF

The Court has considered the Parties' Joint Stipulation for Dismissal with Prejudice of all Claims Brought by Plaintiff filed by Plaintiff Faurum Sankari and Defendant Astellas Pharma US, Inc. hereby ORDERS the case dismissed with prejudice, with each party to bear its own respective attorneys' fees and costs, effective February 26, 2019.

All hearings on calendar, if any, are hereby vacated.

**IT IS SO ORDERED.**

DATED: February 26, 2019  _____
Hon. Cormac J. Carney
Judge of the United States District Court